**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: TOSSON, EMILE F | § | Case No. 110-48636 |
| HANNA, SAMIA E | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 13, 2010. The undersigned trustee was appointed on September 13, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $            38,500.92

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 53.29 |
   | Bank service fees | 1,080.29 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]     $ | 37,367.34 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/16/2011 and the deadline for filing governmental claims was 03/12/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,600.09. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,600.09, for a total compensation of $4,600.09.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $186.02, for total expenses of $186.02.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/09/2013          By: /s/DAVID J. DOYAGA SR.
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 110-48636  
**Case Name:** TOSSON, EMILE F  
　　　　　　　HANNA, SAMIA E  
**Period Ending:** 08/09/13

**Trustee:**　　(520900)　DAVID J. DOYAGA SR.  
**Filed (f) or Converted (c):** 09/13/10 (f)  
**§341(a) Meeting Date:** 10/14/10  
**Claims Bar Date:** 05/16/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 2048 E 54St Street, Brooklyn NY 11234<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 475,000.00 | 0.00 | | 0.00 | FA |
| 2 | 111 N. Redwood Lane, Greentown, PA 18426 of Surv<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 50,000.00 | 0.00 | | 38,500.00 | FA |
| 3 | JP Morgan Chase<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Citibank Checking Account<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Location: 2048 E 54St Street, Brooklyn NY 11234<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | Location: 2048 E 54St Street, Brooklyn NY 11234<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 7 | 1998 Lincoln Towncar (mileage 70,000)<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 8 | 2001 BMW X5 (mileage 109,000) when purchased, wa<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 3,700.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.92 | Unknown |
| 9 | **Assets    Totals** (Excluding unknown values) | **$533,150.00** | **$0.00** | | **$38,500.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　　fully administered, reviewing claims  
　　　paying pursuant to a stipulation of settlement

　　Paying pursuant to a stipulation of settlement for property

Printed: 08/09/2013 05:30 PM　　V.13.13

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 110-48636  
**Case Name:** TOSSON, EMILE F  
HANNA, SAMIA E  
**Period Ending:** 08/09/13

**Trustee:** (520900) DAVID J. DOYAGA SR.  
**Filed (f) or Converted (c):** 09/13/10 (f)  
**§341(a) Meeting Date:** 10/14/10  
**Claims Bar Date:** 05/16/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2013   **Current Projected Date Of Final Report (TFR):** December 31, 2013

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 110-48636  
**Case Name:** TOSSON, EMILE F  
HANNA, SAMIA E  
**Taxpayer ID #:** **-***5434  
**Period Ending:** 08/09/13

**Trustee:** DAVID J. DOYAGA SR. (520900)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******79-65 - Checking Account  
**Blanket Bond:** $77,628,510.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/15/11 | {2} | Tamer Tosson | Acct #10-48636; Payment #0; Payment made pursuant to stipulation | 1110-000 | 4,900.00 | | 4,900.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 4,900.01 |
| 03/14/11 | {2} | Tamer Tosson | Acct #10-48636; Payment #1; Payment made pursuant to stipulation | 1110-000 | 1,200.00 | | 6,100.01 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,100.05 |
| 04/12/11 | {2} | Tamer Tosson | Acct #10-48636; Payment #2; Payment made pursuant to stipulation | 1110-000 | 1,200.00 | | 7,300.05 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,300.10 |
| 05/13/11 | {2} | Tamer Tosson | Acct #10-48636; Payment #3; Payment made pursuant to stipulation | 1110-000 | 1,200.00 | | 8,500.10 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,500.16 |
| 06/16/11 | {2} | Tamer Tosson | Acct #10-48636; Payment #4; Payment made pursuant to stipulation of settlement | 1110-000 | 1,200.00 | | 9,700.16 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 9,700.22 |
| 07/18/11 | {2} | Tamer Tosson | Acct #10-48636; Payment #5; Payment made pursuant to stipulation of settlement | 1110-000 | 1,200.00 | | 10,900.22 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,900.30 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 19.43 | 10,880.87 |
| 08/15/11 | {2} | Tamer Tosson | Acct #10-48636; Payment #6; Payment made pursuant to stipulation of settlement | 1110-000 | 1,200.00 | | 12,080.87 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,080.96 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.50 | 12,054.46 |
| 09/14/11 | {2} | Tamer Tosson | Acct #10-48636; Payment #7; Payment made pursuant to stipulation | 1110-000 | 1,200.00 | | 13,254.46 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.75 | 13,255.21 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 13,255.29 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.00 | 13,229.29 |
| 10/19/11 | {2} | Tamer Tosson | Acct #10-48636; Payment #8; Payment made pursuant to stipulation | 1110-000 | 1,200.00 | | 14,429.29 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,429.39 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.02 | 14,402.37 |
| 11/15/11 | {2} | Tamer Tosson | Acct #10-48636; Payment #9 | 1110-000 | 1,200.00 | | 15,602.37 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 15,602.47 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.71 | 15,569.76 |
| 12/15/11 | {2} | Tamer Tosson | Acct #10-48636; Payment #10 | 1110-000 | 1,200.00 | | 16,769.76 |
| 12/28/11 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | ! 6.36 | 16,763.40 |
| | | | Subtotals : | | $16,900.67 | $137.27 | |

{} Asset reference(s)         !-Not printed or not transmitted                                          Printed: 08/09/2013 05:30 PM    V.13.13

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 110-48636  
**Case Name:** TOSSON, EMILE F  
HANNA, SAMIA E  
**Taxpayer ID #:** \*\*-\*\*\*5434  
**Period Ending:** 08/09/13  

**Trustee:** DAVID J. DOYAGA SR. (520900)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*79-65 - Checking Account  
**Blanket Bond:** $77,628,510.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 12/28/2011 FOR CASE #110-48636, Bond Number 016027942 Voided on 12/28/11 | | | | |
| 12/28/11 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/28/2011 FOR CASE #110-48636, Bond Number 016027942 Voided: check issued on 12/28/11 | 2300-000 | | ! -6.36 | 16,769.76 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 16,769.88 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.14 | 16,736.74 |
| 01/03/12 | 1002 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2012 FOR CASE #110-48636, bond # 016027942 1.1.12 to 1.1.13 | 2300-000 | | 12.83 | 16,723.91 |
| 01/23/12 | {2} | Tamer Tosson | Acct #10-48636; Payment #11 | 1110-000 | 1,200.00 | | 17,923.91 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,924.04 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.14 | 17,886.90 |
| 02/15/12 | {2} | Tamer Tosson | Acct #10-48636; Payment #12 | 1110-000 | 1,200.00 | | 19,086.90 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.41 | 19,050.49 |
| 03/15/12 | {2} | Tamer Tosson | Acct #10-48636; Payment #13 | 1110-000 | 1,200.00 | | 20,250.49 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.18 | 20,210.31 |
| 04/18/12 | {2} | Tamer Tosson | Acct #10-48636; Payment #14 | 1110-000 | 1,200.00 | | 21,410.31 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.76 | 21,369.55 |
| 05/15/12 | {2} | Tamer Tosson | Acct #10-48636; Payment #15 | 1110-000 | 1,200.00 | | 22,569.55 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.40 | 22,520.15 |
| 06/15/12 | {2} | Tamer Tosson | Acct #10-48636; Payment #16 | 1110-000 | 1,200.00 | | 23,720.15 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.50 | 23,674.65 |
| 07/17/12 | {2} | Tamer Tosson | Acct #10-48636; Payment #17 | 1110-000 | 1,200.00 | | 24,874.65 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.81 | 24,821.84 |
| 08/17/12 | {2} | Tamer Tosson | Acct #10-48636; Payment #18 | 1110-000 | 1,200.00 | | 26,021.84 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.45 | 25,968.39 |
| 09/14/12 | {2} | Tamer Tosson | Acct #10-48636; Payment #19 | 1110-000 | 1,200.00 | | 27,168.39 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.56 | 27,117.83 |
| 10/17/12 | {2} | Tamer Tosson | Acct #10-48636; Payment #20 | 1110-000 | 1,200.00 | | 28,317.83 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.19 | 28,255.64 |
| 11/27/12 | {2} | Tamer Tosson | Acct #10-48636; Payment #21 | 1110-000 | 1,200.00 | | 29,455.64 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.06 | 29,397.58 |
| 12/13/12 | | RABOBANK MIGRATION | TRANSFER TO 0001052090088 | 9999-000 | | 29,397.58 | 0.00 |
| | | | Subtotals : | | $13,200.25 | $29,963.65 | |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 08/09/2013 05:30 PM     V.13.13

Exhibit B

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 110-48636
**Case Name:** TOSSON, EMILE F
HANNA, SAMIA E
**Taxpayer ID #:** **-***5434
**Period Ending:** 08/09/13

**Trustee:** DAVID J. DOYAGA SR. (520900)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******79-65 - Checking Account
**Blanket Bond:** $77,628,510.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | TRANSFER OUT | 20121213 | | | | |
| | | | ACCOUNT TOTALS | | 30,100.92 | 30,100.92 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 29,397.58 | |
| | | | **Subtotal** | | **30,100.92** | **703.34** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,100.92** | **$703.34** | |

{} Asset reference(s)      !-Not printed or not transmitted      Printed: 08/09/2013 05:30 PM      V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 110-48636
**Case Name:** TOSSON, EMILE F
             HANNA, SAMIA E
**Taxpayer ID #:** **-***5434
**Period Ending:** 08/09/13

**Trustee:** DAVID J. DOYAGA SR. (520900)
**Bank Name:** Rabobank, N.A.
**Account:** ****796666 - Checking Account
**Blanket Bond:** $77,628,510.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 29,397.58 | | 29,397.58 |
| 12/18/12 | {2} | Tamer Tosson | Acct #10-48636; Payment #22 | 1110-000 | 1,200.00 | | 30,597.58 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.92 | 30,557.66 |
| 01/02/13 | 11003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/02/2013 FOR CASE #110-48636, Bond # 01627942 01/01/13 to 01/01/14 | 2300-000 | | 40.46 | 30,517.20 |
| 01/22/13 | {2} | Tamer Tosson | Acct #10-48636; Payment #23 | 1110-000 | 1,200.00 | | 31,717.20 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.75 | 31,668.45 |
| 02/20/13 | {2} | Tamer Tosson | Acct #10-48636; Payment #24 | 1110-000 | 1,200.00 | | 32,868.45 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.85 | 32,825.60 |
| 03/27/13 | {2} | Tamer Tosson | Acct #10-48636; Payment #25 | 1110-000 | 1,200.00 | | 34,025.60 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.69 | 33,979.91 |
| 04/23/13 | {2} | Tamer Tosson | Acct #10-48636; Payment #26 | 1110-000 | 1,200.00 | | 35,179.91 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.41 | 35,127.50 |
| 05/31/13 | {2} | Tamer Tosson | Acct #10-48636; Payment #27 | 1110-000 | 1,200.00 | | 36,327.50 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.20 | 36,275.30 |
| 06/21/13 | {2} | Tamer Tosson | Acct #10-48636; Payment #28 | 1110-000 | 1,200.00 | | 37,475.30 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.75 | 37,426.55 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.21 | 37,367.34 |
| | | | **ACCOUNT TOTALS** | | 37,797.58 | 430.24 | $37,367.34 |
| | | | Less: Bank Transfers | | 29,397.58 | 0.00 | |
| | | | **Subtotal** | | 8,400.00 | 430.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,400.00** | **$430.24** | |

| Net Receipts : | 38,500.92 |
|---|---|
| Net Estate : | $38,500.92 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******79-65 | 30,100.92 | 703.34 | 0.00 |
| Checking # ****796666 | 8,400.00 | 430.24 | 37,367.34 |
| | $38,500.92 | $1,133.58 | $37,367.34 |

{} Asset reference(s)

Printed: 08/09/2013 05:30 PM     V.13.13

# Claims Register

## Case: 110-48636    TOSSON, EMILE F

Claims Bar Date:  05/16/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | DAVID J. DOYAGA SR.<br>26 COURT STREET<br>SUITE 1002<br>BROOKLYN, NY 11242<br><2100-00   Trustee Compensation>, 200 | Admin Ch. 7<br>09/13/10 |  | $4,600.09<br>$4,600.09 | $0.00 | $4,600.09 |
|  | DAVID J. DOYAGA SR.<br>26 COURT STREET<br>SUITE 1002<br>BROOKLYN, NY 11242<br><2200-00   Trustee Expenses>, 200 | Admin Ch. 7<br>09/13/10 |  | $186.02<br>$186.02 | $0.00 | $186.02 |
|  | DOYAGA & SCHAEFER<br>DOYAGA & SCHAEFER<br>26 COURT STREET  SUITE 1002<br>BROOKLYN, NY 11242<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>09/13/10 |  | $5,133.50<br>$5,133.50 | $0.00 | $5,133.50 |
| 1 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/18/11 |  | $4,038.85<br>$4,038.85 | $0.00 | $4,038.85 |
| 2 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/01/11 |  | $3,338.68<br>$3,338.68 | $0.00 | $3,338.68 |
| 3 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/01/11 |  | $2,838.81<br>$2,838.81 | $0.00 | $2,838.81 |
| 4 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/01/11 |  | $10,299.24<br>$10,299.24 | $0.00 | $10,299.24 |
| 5 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/02/11 |  | $3,521.63<br>$3,521.63 | $0.00 | $3,521.63 |
| 6 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/02/11 |  | $8,244.36<br>$8,244.36 | $0.00 | $8,244.36 |

# Claims Register

**Case:  110-48636    TOSSON, EMILE F**

Claims Bar Date:  05/16/11

| Claim Number | Claimant Name / &lt;Category&gt;, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | PYOD LLC its successors and assigns as assignee of Citibank, NA,c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 03/03/11 | | $14,567.33 $14,567.33 | $0.00 | $14,567.33 |
| 8 | PYOD LLC its successors and assigns as assignee of Citibank, NA,c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 03/03/11 | | $3,557.29 $3,557.29 | $0.00 | $3,557.29 |
| 9 | PYOD LLC its successors and assigns as assignee of Citibank, NA,c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 03/03/11 | | $24,586.99 $24,586.99 | $0.00 | $24,586.99 |
| 10 | PYOD LLC its successors and assigns as assignee of Citibank, NA,c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 03/03/11 | | $2,776.93 $2,776.93 | $0.00 | $2,776.93 |
| 11 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 04/08/11 | | $19,157.14 $19,157.14 | $0.00 | $19,157.14 |
| 12 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 04/08/11 | | $1,889.87 $1,889.87 | $0.00 | $1,889.87 |
| 13 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 04/08/11 | | $1,915.11 $1,915.11 | $0.00 | $1,915.11 |

# Claims Register

**Case: 110-48636    TOSSON, EMILE F**

Claims Bar Date: 05/16/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/04/11 | | $4,550.33<br>$4,550.33 | $0.00 | $4,550.33 |
| 15 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/16/11 | | $13,925.54<br>$13,925.54 | $0.00 | $13,925.54 |
| 16 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/16/11 | | $8,747.49<br>$8,747.49 | $0.00 | $8,747.49 |

**Case Total:**   $0.00   $137,875.20

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 110-48636
Case Name: TOSSON, EMILE F
Trustee Name: DAVID J. DOYAGA SR.

**Balance on hand:**   $ 37,367.34

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 37,367.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID J. DOYAGA SR. | 4,600.09 | 0.00 | 4,600.09 |
| Trustee, Expenses - DAVID J. DOYAGA SR. | 186.02 | 0.00 | 186.02 |
| Attorney for Trustee, Fees - DOYAGA & SCHAEFER | 5,133.50 | 0.00 | 5,133.50 |

Total to be paid for chapter 7 administration expenses:   $ 9,919.61
Remaining balance:   $ 27,447.73

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $ 0.00
Remaining balance:   $ 27,447.73

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | **$** | 0.00 |
|---|---|---|---|
|  | Remaining balance: | **$** | 27,447.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 127,955.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 4,038.85 | 0.00 | 866.37 |
| 2 | Chase Bank USA, N.A. | 3,338.68 | 0.00 | 716.18 |
| 3 | Chase Bank USA, N.A. | 2,838.81 | 0.00 | 608.95 |
| 4 | Chase Bank USA, N.A. | 10,299.24 | 0.00 | 2,209.29 |
| 5 | Chase Bank USA, N.A. | 3,521.63 | 0.00 | 755.42 |
| 6 | Chase Bank USA, N.A. | 8,244.36 | 0.00 | 1,768.50 |
| 7 | PYOD LLC its successors and assigns as assignee of | 14,567.33 | 0.00 | 3,124.84 |
| 8 | PYOD LLC its successors and assigns as assignee of | 3,557.29 | 0.00 | 763.07 |
| 9 | PYOD LLC its successors and assigns as assignee of | 24,586.99 | 0.00 | 5,274.15 |
| 10 | PYOD LLC its successors and assigns as assignee of | 2,776.93 | 0.00 | 595.68 |
| 11 | American Express Bank, FSB | 19,157.14 | 0.00 | 4,109.39 |
| 12 | American Express Bank, FSB | 1,889.87 | 0.00 | 405.40 |
| 13 | American Express Bank, FSB | 1,915.11 | 0.00 | 410.81 |
| 14 | eCAST Settlement Corporation | 4,550.33 | 0.00 | 976.09 |
| 15 | FIA Card Services, NA/Bank of America | 13,925.54 | 0.00 | 2,987.17 |
| 16 | FIA Card Services, NA/Bank of America | 8,747.49 | 0.00 | 1,876.42 |

|  | Total to be paid for timely general unsecured claims: | **$** | 27,447.73 |
|---|---|---|---|
|  | Remaining balance: | **$** | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**